United States Courts
Southern District of Texas
FILED

*March 05, 2025*

Nathan Ochsner, Clerk of Court

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | **4:25-cr-87** |
| **VS.** | § § | **CRIMINAL NO. H-25-** |
| **AYISHA CHAUDHARY aka AYISHA KHURRAM** | § § | |

## INDICTMENT

The United States Grand Jury charges:

### COUNT ONE
### Fraud in the Procurement of Citizenship, 18 U.S.C. § 1425(b)

From on or about December 2, 2014, until on or about June 24, 2015, in the

Houston Division of the Southern District of Texas and elsewhere,

**AYISHA CHAUDHARY,
aka AYISHA KHURRAM,**

Defendant herein, did knowingly procure and obtain naturalization and citizenship

for herself to which she was not entitled, to wit: when asked whether she had

committed any crime for which she had not been arrested, the Defendant answered

"No" and failed to reveal that she had committed the crime of conspiracy to possess

with intent to distribute Schedule I controlled substances, committed from December

of 2013 until April 28, 2016, and the Defendant did not reveal the this crime when

1

interviewed by United States Citizenship and Immigration Services or on her Application for Naturalization, so that the Defendant was, therefore, ineligible to be admitted to citizenship since she was unable to establish good moral character because she has given false testimony for the purpose of obtaining a benefit under the Immigration and Nationality Act.

In violation of Title 18, United States Code, Section 1425(b).

TRUE BILL:

Original Signature on File

_____
FOREPERSON OF THE GRAND JURY

NICOLAS J. GANJEI
Acting United States Attorney

_____
JAY HILEMAN
Assistant United States Attorney

2