United States District Court
Southern District of Texas
**ENTERED**
September 15, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS | § | CRIMINAL ACTION NO. H-25-087 |
| | § | |
| AYISHA CHAUDHARY | § | |

**AMENDED SCHEDULING ORDER**

Pending before the Court is defendant's motion for continuance (Doc. No. 29). The Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the granting of this continuance is based upon the finding that the ends of justice are better served by granting the continuance and that those ends outweigh the best interests of the public and the defendant in a speedy trial. A continuance is required to assure the necessary time for counsel to prepare effectively for trial taking into account the exercise of due diligence and the volume and nature of evidence to be reviewed. It is therefore **ORDERED** that the Motion for Continuance is **GRANTED**. The Court sets the following new schedule:

| | |
|---|---|
| MOTIONS will be filed no later than | **January 8, 2027** |
| RESPONSES will be filed no later than | **January 22, 2027** |
| PRETRIAL CONFERENCE will be held before Judge Andrew S. Hanen, Courtroom 9D at 8:30 a.m. on | **February 8, 2026** |
| JURY SELECTION and TRIAL is scheduled before Judge Andrew S. Hanen, Courtroom 9D at 9:00 a.m. on | **February 16, 2027** |

SIGNED this 10th day of September 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE